IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERENCE ALEX STEWART, # 1552180,     ) | |
|     Plaintiff,     ) | |
| vs.     ) | No. 3:09-CV-0516-O |
|     ) | |
| LUPE VALDES, et. al.,     ) | |
|     Defendants. [1]     ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Doc. No. 7) and the objections thereto (Doc. No. 10), in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the Court formally dismisses this action and sanctions petitioner as recommended by the United States Magistrate Judge.

So ORDERED this 29th day of July, 2009.

*(signature)*
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff's pleadings misspell Defendant Lupe Valdez's last name.